# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132881

JANICE PEET and GERALD G. PEET,
      Plaintiffs-Appellees,

v

RICHARD PAUL BESHORE, D.O., and
RICHARD PAUL BESHORE, D.O., P.C.,
      Defendants-Appellants,

and

EATON RAPIDS MEDICAL CENTER,
      Defendant.
_____/

SC: 132881
COA: 273270
Eaton CC: 03-000884-NH

     On order of the Court, the application for leave to appeal the November 29, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk

d0416